**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tyrone TOSSIE, a/k/a Popeye,**
**Defendant–Appellant.**

**No. 01–6446.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Tyrone Tossie, pro se. Fenita Morris Shepard, Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tyrone Tossie appeals from the district court's order denying his Fed.R.Civ.P. 60(b) motion to amend or modify his criminal conviction and sentence. As the district court noted, Rule 60(b) is not applicable to federal criminal proceedings. Therefore, we affirm the order of the district court. *United States v. Tossie,* No. CR–95–39–BO (E.D.N.C. Mar. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*